

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DIETRICH EARL SHANNON, | § | No. 08-13-00320-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 7 |
| THE STATE OF TEXAS, | § | of Dallas County, Texas |
| Appellee. | § | (TC# F-1259228-Y) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the judgment of conviction should be modified to reflect Appellant's pleas of "not true" to the State's notice of enhancements, and the jury's "true" enhancement findings to the two enhancement paragraphs. We therefore affirm the judgment of the trial court as modified. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF OCTOBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.